IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 08-40054-RDR |
| | ) | |
| DENNIS STEBBINS, | ) | |
| | ) | |
| Defendants. | ) | |

**FINAL ORDER OF FORFEITURE
AND IMPOSITION OF FORFEITURE JUDGMENT**

WHEREAS, on July 12, 2010, the Court entered an Order imposing a forfeiture money judgment against Defendant Dennis Stebbins in the amount of $302,779.61;

WHEREAS, the United States has filed a Motion for Entry of Final Order of Forfeiture which seeks the imposition of a personal forfeiture money judgment against the Defendant in the amount of $302,779.61; and,

WHEREAS, Rule 32.2(c)(1) provides that "no ancillary proceeding is required to the extent that the forfeiture consists of a money judgment";

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that a personal forfeiture money judgment is hereby imposed against the defendant in the amount of $302,779.61, pursuant to Title 18, United States Code, Section 982 and Fed.R.Crim.Pro. 32.2.

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

IT IS FURTHER ORDERED that pursuant to Rule 32.2(b)(3), this Order of Forfeiture became final as to the defendant at the time of sentencing, and was made part of the sentence and included in the judgment; and,

IT IS FURTHER ORDERED that the United States may, at any time, move pursuant to Rule 32.2(e) to amend this Order of Forfeiture to substitute property having a value not to exceed $302,779.61, to satisfy the money judgment in whole or in part.

SO ORDERED this 3rd day of January, 2011.

s/Richard D. Rogers
United States District Judge